UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr190-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **FINAL ORDER AND JUDGMENT** |
| ) | **CONFIRMING FORFEITURE** |
| (2) KIMBERLY BRIDGES MORRIS, ) | |

On August 30, 2012, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One in the bill of indictment. In that count, defendant was charged with conspiracy in violation of 18 U.S.C. § 371 to commit offenses against the United States, including violations of 18 U.S.C. § 2314 (interstate transportation of stolen property).

On June 1, 2013 through June 30, 2013, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from June 1, 2013 for a hearing to adjudicate the validity of any alleged legal interest in the property (Doc. 166). It appears from the record that no such petitions have been filed. Based on the record, including evidence in the presentence report and the factual basis for the plea of guilty regarding defendant's acquisition of property with criminal proceeds and use of property to commit the crime, the Court finds, in accordance with Rule 32.2(c)(2), that the defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

1

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**$2,401.00 in United States Currency;**

**One 2001 Ford F250 Super Duty truck, VIN 7FTNW21F61EC53766;**

**One 1998 Chevrolet Corvette, VIN 1G1YY22G3W5108036;**

**One Panther ATV Model 110, VIN L4PGUM42183A51701;**

**One 1998 Kawasaki MC ZX900-C, VIN JKAZX2C19WA002278;**

**One 2003 Yamaha four wheeler, VIN JYA43GD0313C031298;**

**One 2000 Yamaha PW50 MC, VIN JYA3PT030YA000053;**

**One 2006 Suzuki Hyabusa GSX 1300R motorcycle, VIN JS1GW71A362110867;**

**One 2009 Polaris Ranger ATV RZR 800cc, VIN 4XAVH76A89D813364**

**One 2010 Polaris Ranger ATV RZR 170cc, VIN RF3VA17A1AT008727;**

**One 2006 American Ironhorse motorcycle, VIN 5L5SJ144161000184;**

**One 2005 Cross Roads Camper, VIN 4V0FC36285A001528;**

**All funds at Wachovia Bank in the sole name or joint names of Kimberly B. Morris and d/b/a MM Ranch & Tack, including but not limited to accounts number XXXXX6855 and XXXXX9715; and**

**Real property located at 1937 Tryon Courthouse Road, Cherryville, NC, described in Deeds and/or other Instruments recorded at Book 4402, page 2265 in the Gaston County, North Carolina Public Registry.**

Signed: February 6, 2015

Max O. Cogburn Jr.
United States District Judge